UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICIO MENA AND ALMA MENA, ) | Case No.: 12-1257 PSG |
| ) | |
| Plaintiffs, ) | **ORDER RE: STATUS CONFERENCE** |
| v. ) | |
| ) | |
| JP MORGAN CHASE BANK, N.A.; U.S. ) | |
| BANK, N.A.; BANK OF AMERICA, N.A., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This case has lain dormant too long.  The parties shall appear for a status conference on June 4, 2013.  Prior to the status conference, the parties shall meet and confer and file with the court a proposed schedule for proceeding with the case.  They shall file their joint proposed schedule no later than May 28, 2013.

**IT IS SO ORDERED.**

Dated: May 17, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 12-1257 PSG
**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**