Michael Yesk (SB#130056)
70 Doray Drive, Ste 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAURICIO MENA AND ALMA MENA, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; U.S. BANK, N.A.; BANK OF AMERICA, N.A., <br><br> Defendants. | Case No.: 5:12-cv-01257-PSG <br><br> JOINT STIPULATION SETTING SCHEDULE AND ~~PROPOSED~~ SCHEDULING ORDER AS MODIFIED BY THE COURT <br><br> Date: June 4, 2013 <br> Time: 10:00 a.m. <br> Ctrm: 5- 4th Floor <br><br> Hon. Paul Singh Grewal |

COMES NOW Plaintiffs Mauricio Mena and Alma Mena and Defendants JPMorgan Chase Bank, N.A. U.S. Bank, N.A. and Bank of America, N.A. and submit their Stipulation Setting Schedule and proposed Scheduling Order as follows:

December 31, 2013 – Discovery Cut-Off

Jan. 15, 2014 -Expert Witness Discovery Cut-Off

February ~~17~~ 18, 2014 – Deadline to hear Dispositive Motions

March 17, 2014, 9:30 Jury Trial, Courtroom 5 - 4th Floor

DATED: May 30, 2013

/s/ Michael Yesk
_____
Michael Yesk
Attorney for Plaintiffs

JOINT STIPULATION SETTING SCHEDULE AND ~~PROPOSED~~ SCHEDULING ORDER
- 1

1
2  DATED: May 30, 2013          Wargo French
3
4                               _____
                                Laura Gladwin
5                               Attorney for Defendants

6  The Court, having reviewed the Stipulation Setting Schedule hereby ORDERS that the litigation
7  schedule be set as follows:

8  December 31, 2013 – Discovery Cut-Off

9  Jan. 15, 2014 -Expert Witness Discovery Cut-Off

10  February 18, 2014 – Deadline to hear Dispositive Motions

11  March 17, 2014, 9:30 Jury Trial, Courtroom 5 - 4th Floor
12

13  DATED: __May 31__, 2013
14

15
                           _____
16                         Paul S. Grewal
                           Magistrate Judge
17
18
19
20
21
22
23
24
25
26

JOINT STIPULATION SETTING SCHEDULE AND PROPOSED SCHEDULING ORDER
- 2