Michael Yesk (SB#130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO MENA AND ALMA MENA,<br><br>　　　　Plaintiffs<br><br>　vs.<br><br>JPMORGAN CHASE BANK, N.A.; U.S. BANK, N.A.; BANK OF AMERICA, N.A.,<br><br>　　　　Defendants | Case No.: 5:12-cv-01257-PSG<br><br>NOTICE OF SETTLEMENT OF ACTION AND REQUEST FOR DISMISSAL [~~Proposed~~] ORDER<br><br>Hon. Paul S. Grewal |

TO THIS HONORABLE COURT:

MAURICIO MENA AND ALMA MENA, Plaintiffs, hereby request as follows:

WHEREAS the parties have settled the dispute between them;

THEREFORE, IT IS HEREBY REQUESTED THAT the present case shall be dismissed, each party paying its own costs and fees.

DATED: January 31, 2014        /s/ Michael Yesk, Esq.
　　　　　　　　　　　　　　　Michael Yesk, Esq.
　　　　　　　　　　　　　　　Attorney for Plaintiffs


IT IS HEREBY ORDERED THAT the present case shall be dismissed, each party paying its own costs and fees.

DATED: February 21, 2014        [signature] Paul S. Grewal
　　　　　　　　　　　　　　　United States Magistrate Judge